**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ritz-Craft Corporation of Michigan, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| GDH Housing, LLC, | ) | |
| | ) | Case No. 4:13-cv-105 |
| Defendant. | ) | |

Before the court are motions for attorneys Holly L. Cline and Robert J. Tribeck to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Cline and Tribeck have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 6 and 7) are **GRANTED**. Attorneys Cline and Tribeck are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2013.

                                                                            */s/ Charles S. Miller, Jr.*
                                                                            Charles S. Miller, Jr.
                                                                            United States Magistrate Judge