# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ritz-Craft Corporation of Michigan, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| GDH Housing, LLC, | ) | Case No. 4:13-cv-105 |
| | ) | |
| Defendant. | ) | |

Before the court is plaintiff's motion to postpone and/or reschedule the Rule 16(b) scheduling conference currently scheduled for January 16, 2014. The court **GRANTS** plaintiff's motion (Docket No. 17). The scheduled conference set for January 16, 2014, is cancelled with the understanding that it shall be rescheduled at a date and time to be determined.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2014.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court