# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Ritz-Craft Corporation of Michigan, Inc., | ) |
| Plaintiff, | ) **ORDER ADOPTING JOINT** |
| | ) **STIPULATION REGARDING** |
| vs. | ) **ESCROW FUNDS** |
| GDH Housing, LLC, | ) |
| | ) Case No. 4:13-cv-105 |
| Defendant. | ) |

Before the court is a "Joint Stipulation Regarding Escrow Funds" filed March 17, 2014. The court **ADOPTS** the stipulation (Docket No. 38) and **ORDERS** that pursuant to the terms of the Escrow Agreement, attached as Exhibit B to the Complaint, the Escrow Agent shall continue to hold the remaining escrow funds in accordance with the terms of the Escrow Agreement until further direction from the Court.

Dated this 19th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court